UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA TORRES, | Case No.  1:26-cv-02383-KES-FJS |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| AMAZON.COM SERVICES LLC, | |
| Defendant. | |

On April 27, 2026, Defendant Amazon.com Services LLC filed a motion to dismiss. (ECF No. 9.) Due to the current status of this case, the SCHEDULING CONFERENCE currently set for June 30, 2026, is continued to September 23, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE