UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VERONICA TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC, a<br>Washington Limited Liability Company;<br>and Does 1 through 100, inclusive,<br>        Defendants. | Case No. 1:26-cv-02383-KES-FJS<br><br>ORDER GRANTING JOINT<br>STIPULATION TO DISMISS WITH<br>PREJUDICE<br><br>(ECF No. 16) |

On July 8, 2026, the parties filed a stipulation of dismissal of the entire action *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 16.) The stipulation further indicates that each party will bear their own costs and attorneys' fees except as specified in the settlement agreement. (*Id.*) In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:   **July 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE